# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1811
_____

United States of America

*Plaintiff - Appellee*

v.

Jorge A. Rodriguez-Gonzalez

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: September 27, 2024
Filed: October 7, 2024
[Unpublished]
_____

Before GRASZ, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jorge Rodriguez-Gonzalez received a 240-month prison sentence after he pleaded guilty to participating in a drug conspiracy. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(B), 846. In the plea agreement, he waived the right to appeal his sentence.

An *Anders* brief suggests the district court[1] miscalculated the advisory range. *See Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude that the appeal waiver is enforceable and covers this issue. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing the validity of an appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (explaining that an appeal waiver will be enforced if the appeal falls within its scope, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice). We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly dismiss the appeal, grant counsel permission to withdraw, and deny the pro se motion for reconsideration.

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.